UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

DAVID DRUMMOND, )
 )
        Petitioner, )
v. ) No. 1:06-cv-1838-DFH-JMS
 )
STANLEY KNIGHT, )
 )
        Respondent. )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

*David F. Hamilton*
DAVID F. HAMILTON, Judge
United States District Court

Date: 4/24/2007

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*
By: Deputy Clerk

Distribution:

David Drummond
DOC #114102
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov